**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:         Lisa Rodriguez v. Universal Surgical Assistants, Inc.

Appellate case number:      01-19-00236-CV

Trial court case number:    18-DCV-2580-12

Trial court:                        458th District Court of Fort Bend County

Appellant, Lisa Rodriguez, has filed an unopposed motion to stay the appeal "pending the completion of the procedure under Rule 4.2 of the Texas Rules of Appellate Procedure" and "direct that the brief of appellant shall be due within ten days  after the filing of a supplemental clerk's record."  *See* TEX. R. APP. P. 4.2; *see also* TEX. R. CIV. P. 306a(4), (5).  The motion is **granted in part and dismissed in part**.

Appellant is directed to cause the trial court clerk to prepare and file a supplemental clerk's record containing the trial court's order or any additional documents, as appropriate, or advise the Court of the status of the trial court proceedings no later than 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The Court will set a due date for appellant's brief when the case is reinstated on the Court's active docket. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                        ☑ Acting individually    ☐ Acting for the Court

Date:    May 7, 2019